THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

GEOFFREY TYLER PARQUETTE,     )
                              )
          Plaintiff,          )
v.                            )      CASE NO. 3:08-CV-171-MEF
                              )            [WO]
                              )
DR. WILLIAM WARR, *et al.,*    )
                              )
          Defendants.         )

## **ORDER**

On August 6, 2008, the Magistrate Judge filed a Report and Recommendation (Doc. #17) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. #17) of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of this court and to prosecute this action.

DONE this the 26th day  of August, 2008.

_____
        /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE